United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE MILAZZO<br><br>Plaintiff,<br><br>v.<br><br>CLP WATERWORLD, LLC,<br><br>Defendant. | Case No. 15-cv-02252-JSC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 14, 2015<br>Mediator:  Mark Peters |

IT IS HEREBY ORDERED that the requests to excuse plaintiff Claire Milazzo and defendant CLP Waterworld, LLC's client representative, Jeff Sirolly, from appearing in person at the October 14, 2015, mediation before Mark Peters are GRANTED.  The excused parties shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated:  OCTOBER 8, 2015

Maria-Elena James
United States Magistrate Judge